CITY OF NEW LONDON ET AL. *v.* ZONING BOARD OF
APPEALS OF THE TOWN OF WATERFORD

The plaintiff city of New London's petition for certification for appeal from the Appellate Court, 29 Conn. App. 402 (AC 10307), is denied.

*Thomas J. Londregan,* in support of the petition.

Decided December 22, 1992

------

FRANCES ROSWELL *v.* STATE OF CONNECTICUT

The plaintiff's petition for certification for appeal from the Appellate Court, 29 Conn. App. 432 (AC 10982), is denied.

*Edward T. Dodd, Jr,* in support of the petition.

Decided December 22, 1992

------

STATE OF CONNECTICUT *v.* DAVID C. WITYAK

The defendant's petition for certification for appeal from the Appellate Court, 29 Conn. App. 455 (AC 10721), is granted, limited to the following issue:

"Was the Appellate Court correct in expanding *State v. Cain,* 223 Conn. 731 (1992), to find that Deputy Fire Marshall Driscoll's call to the police station via his town radio, the dispatch call to Officer Cronin, and Officer Cronin's broadcasts were not statements under Practice Book § 749 (2)?"

The Supreme Court docket number is SC 14661.

*Mary Miller Haselkamp,* assistant public defender, in support of the petition.

*Susan C. Marks,* assistant state's attorney, in opposition.

Decided December 22, 1992